# EXHIBIT "A"

# SAGE LAW OFFICES
SUNRISE CORPORATE PLAZA I
1300 SAWGRASS CORPORATE PARKWAY
SUITE 140
SUNRISE, FLORIDA 33323

RICHARD D. SAGE*
JON B. SAGE**†
EDWARD M. HARVEY
† OF COUNSEL
*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN CALIFORNIA

TELEPHONE (954) 835-0302
FACSIMILE (954) 835-0304
WWW.SAGELAW.COM

April 27, 2017

HAROLD OSBORNE

```
Re:    Our Client        :   NBHD-IMPERIAL POINT MEDICAL CENTER
       Patient           :   HAROLD OSBORNE
       Date of Discharge :   03/23/16
       Client Account #  :   
       Balance           :   $46.70
       Our File #        :   001545459
```

Dear Mr./Ms. OSBORNE:

   Please be advised that our client has retained us in the above referenced matter and as of this date the above balance is due and outstanding. If you believe you have insurance to cover the outstanding balance, please immediately contact your agent or carrier to ascertain the status of your claim and notify this office of such. If this admission was due to a work related injury, please provide your employers information and/or your employers worker's compensation carrier. You may prefer to pay on line at www.sagelaw.com using the above referenced CLIENT ACCOUNT number. If you have no insurance, Broward Health offers financial assistance and eligibility programs for which you may qualify. If you would like to learn more about their eligibility/assistance programs, please visit www.browardhealth.org/MOPED or contact (954) 847-4044.

   Furthermore, unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt to be valid and it will be necessary for you to forward payment of the balance due to this office in order to avoid further action against you in this matter. If you dispute the debt or any portion thereof in writing to this office within thirty (30) days after receiving this notice, this office will obtain verification of the debt or the copy of a judgment and mail you a copy of the judgment or verification. If you make a request to this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

   This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Very truly yours,
SAGE LAW OFFICES

NO (08  )

BY: EDWARD M. HARVEY, ESQ.

# SAGE LAW OFFICES

A PROFESSIONAL ASSOCIATION
SUNRISE CORPORATE PLAZA I
1300 SAWGRASS CORPORATE PARKWAY
SUITE 140
SUNRISE, FLORIDA 33323

U.S. POSTAGE >> PITNEY BOWES

ZIP 33323 $ 000.46
02 1W
0001364937 APR 27 2017

† OF COUNSEL
SO ADMITTED IN NEW YORK
SO ADMITTED IN CALIFORNIA

April 27, 2017

HAROLD OSBORNE